# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSE RANDOLPH JONES                                                                                         PLAINTIFF
ADC #129106

v.                                        Case No. 4:19-cv-00331-KGB

LUCAS EMBERTON, *et al*.                                                                                   DEFENDANTS

## ORDER

Plaintiff Jesse Randolph Jones filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights. (Dkt. No. 2).

On July 15, 2019, the Court granted Mr. Jones's motion to proceed *in forma pauperis* and directed him to file an amended complaint (Dkt. No. 4). The Court explained to Mr. Jones that, in its current form, his complaint failed to state a claim on which relief can be granted (*Id*., at 3). The Court directed Mr. Jones to file his amended complaint within 30 days, or by Wednesday, August 14, 2019 (*Id*., at 7). The Court advised Mr. Jones that his failure to comply with the Court's Order could result in the dismissal of his lawsuit pursuant to Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas (*Id*., at 6-7). The Court's July 15, 2019, Order was mailed to Mr. Jones, as was the Court's Initial Order for Pro Se Prisoner-Plaintiffs, but the mail was returned as undeliverable (Dkt. Nos. 6, 7).

Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.

*** 

If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

More than thirty days have passed since Mr. Jones was directed to file an amended complaint, but he has failed to do so or otherwise respond to the July 15, 2019, Order. Further, Mr. Jones has failed to notify the Clerk of his apparent change in address. Accordingly, his case is dismissed without prejudice.

It is therefore ordered that:

1. Mr. Jones's claims are dismissed without prejudice.

2. Mr. Jones's complaint is dismissed without prejudice (Dkt. No. 2).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 19th day of December, 2019.

                                             *Kristine G. Baker*
                                             Kristine G. Baker
                                             United States District Judge